FILED by TM D.C.
ELECTRONIC
Jul 26, 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80149-CR-HURLEY/HOPKINS

18 U.S.C. § 751

UNITED STATES OF AMERICA

vs.

RAMON LEE CHAPA,

    **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

On or about July 16, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**RAMON LEE CHAPA,**

did knowingly escape from custody in the Salvation Army Residential Re-entry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Florida upon conviction for the commission of Making Threats Against the President

of the United States, in violation of Title 18, United States Code, Section 871;

All in violation of Title 18, United States Code, Section 751.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
CAROLYN BELL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| | **CERTIFICATE OF TRIAL ATTORNEY*** |
| RAMON LEE CHAPA, | |
|         Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

\_\_\_ Miami    \_\_\_ Key West
\_\_\_ FTL    _X_ WPB    \_\_\_ FTP

New Defendant(s)    Yes \_\_\_    No \_\_\_
Number of New Defendants    \_\_\_
Total number of counts    \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _No_
   List language and/or dialect    _____

4. This case will take    _2_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)      (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _2_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    _Yes_
   If yes:
   Magistrate Case No.    12-MJ-08277-DLB
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    03/11/2013
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    \_\_\_ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    \_\_\_ Yes    _X_ No

                     _/s/ Carolyn Bell_
                     CAROLYN BELL
                     ASSISTANT UNITED STATES ATTORNEY
                     Florida Bar No./Court No. 05500286

*Penalty Sheet(s) attached                                     REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** __Ramon Lee Chapa__

**Case No:** _____

Count #: 1

 Escape.

 Title 18, United States Code, Sections 751

**\* Max.Penalty:**     5 Years' imprisonment, 3 years supervised release and $250,000 fine.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Ramon Lee Chapa

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (<u>Pre-Trial Detention</u>)

By: _____
AUSA:   CAROLYN BELL

Last Known Address: F_____,l_____

What Facility: _____

Agent(s):   Deputy U.S. Marshal, James Hart
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
U.S. Marshal's Service